In the Matter of the CITY OF NEW YORK, Respondent (Bronx River Parkway Drive); NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants.

(Argued May 13, 1930; decided June 3, 1930.)

*K. O. Mott-Smith, Frederick L. Wheeler* and *Jacob Aronson* for appellants.

*Arthur J. W. Hilly, Corporation Counsel (Vincent Victory* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.